**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONALD DUVALL**                                                                **PLAINTIFF**

**V.**                                            **No. 4:22-CV-00271-LPR**

**KILOLO KIJAKAZI, Acting**
**Commissioner, Social Security**
**Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor

of the Commissioner.

DATED this 31st day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE